**UNITED STATES of America, Plaintiff–Appellee**

v.

**Adan RUIZ–LOERA also known as, Eugenio Rivera–Hernandez also known as, Adan Ruiz Loera, Defendant–Appellant.**

No. 04–50804.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 8, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Suite B–207, Donna F. Coltharp, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the case to District Court for resentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellee's alternative unopposed motion to extend time to file the Appellee's supplemental brief until fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.